# U.S. BANKRUPTCY APPELLATE PANEL
## FOR THE EIGHTH CIRCUIT

## APPEAL BRIEFING SCHEDULE

Appeal No.    11-6012   Michael Fisette v. Jasmine Keller

Date:         February 22, 2011

This schedule has been established in conformity with Fed.R. Bankr.P. 8007 and 8009. Extensions of time will not be routinely granted.

## TRANSCRIPT REQUIREMENTS:

The transcript must be ordered <u>within ten days</u> of the filing of the notice of appeal. Counsel may not "buy time" to file a brief by failing to timely order a transcript. Failure of appellant to provide the transcript may result in the dismissal of the appeal.

## FILING DATES:

Transcript . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **03/24/2011**

Appellant Brief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**04/07/2011**

Appellee Brief. . . . . . . . . . . . . . . . . . . . . . . . . . . . .**14 days from service of Appellant Brief**

Reply Brief (optional) . . . . . . . . . . . . . . . . . . . . . . .**14 days from service of Appellee's Brief**